THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUNEL MAXINEAU, Appellant. [932 NYS2d 724]—

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Balkin, Chambers and Sgroi, JJ., concur.